UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
February 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CV_____
DEPUTY

William E. Biggs
Plaintiff

v.                                                                  6:22-cv-01209-ADA-DTG
                                                                    Civil Action No.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, ET AL.,
Defendants

### NOTICE OF PENDING FILING OF AN AMENDED COMPLAINT

I am currently amending my complaint according to Rule CV-15, to address issues raised in Defendant's Motion to Dismiss.

Humbly submitted,

2-08-2023
/s/ William Biggs
William Biggs
211 Runway Ln
Temple, Texas 76504
(254)541-2869 or (254)541-2800
webacraft@msn.com

### CERTIFICATE OF SERVICE

On February 8, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ William Biggs